**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA MACMILLIAN, TERRY DAGENHART and KRISTY DAGENHART, individually and on behalf of all others similarly situated,

  Plaintiffs,

 v.

WELLS FARGO BANK, N.A.,

  Defendant.

No. C 08-05739 WHA

**NOTICE RE WELLS FARGO AND THE UNDERSIGNED**

The undersigned judge had an account with Wachovia which was recently acquired by Wells Fargo such that now his investment accounts are held by Wells Fargo. The Court brings this to the attention to all parties in this case so that if anyone wants to make a motion to disqualify the undersigned, it may do so as long as it is done **WITHIN FOURTEEN CALENDAR DAYS** of this notice.

**IT IS SO ORDERED.**

Dated: January 15, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE