Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman
Ari Brown
Genessa Stout
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
ari@hbsslaw.com
genessa@hbsslaw.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA MCMILLAN, TERRY DAGENHART and KRISTY DAGENHART, Individually and on Behalf of all others similarly situated,<br><br>         Plaintiff,<br><br> v.<br><br>WELLS FARGO BANK, N.A.<br><br>         Defendants. | No. 08-cv-05739 WHA<br><br>STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS BRIEFING SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE |

010080-12 290744 V2

**STIPULATION**

WHEREAS, Plaintiffs Donna McMillan, Terry Dagenhart, and Kristy Dagenhart ("Plaintiffs") filed their First Amended Class Action Complaint on February 11, 2009;

WHEREAS, on February 26, 2009, Defendant Wells Fargo Bank, N.A. ("Defendant") filed its Motion to Dismiss with a hearing date of April 2, 2009 at 8:00 a.m.;

WHEREAS, Plaintiffs' response to the Motion to Dismiss is currently due March 12, 2009;

WHEREAS, Defendant's reply to the Motion to Dismiss is currently due March 19, 2009;

WHEREAS, the Court has scheduled an Initial Case Management Conference for April 2, 2009, at 8:00am; and

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record to amend the schedule as follows, subject to Court approval:

(1) Plaintiffs' response to Defendant's Motion to Dismiss will be due March 24, 2009;

(2) Defendant's reply to its Motion to Dismiss will be due April 2, 2009;

(3) The hearing date on Defendant's Motion to Dismiss will be April 16, 2009 at 8:00 a.m.; and

(4) The Initial Case Management Conference will be held April 16, 2009 at 8:00 a.m.

DATED: March 9, 2009.

HAGENS BERMAN SOBOL SHAPIRO LLP

By    /s/ Jeff D. Friedman
       JEFF D. FRIEDMAN
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman
Ari Brown
Genessa Stout
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292

STIPULATION RE MOTION TO DISMISS SCHEDULE   - 1 -
– 08-cv-5739 WHA
010080-12 290744 V2

|  | Facsimile: (206) 623-0594 |
|---|---|
|  | steve@hbsslaw.com |
|  | ari@hbsslaw.com |
|  | genessa@hbsslaw.com |
|  |  |
|  | Attorneys for Plaintiffs |

DATED: March 9, 2009

COVINGTON & BURLING LLP

By: s/ Margaret G. May
    Margaret G. May
Attorneys for Defendant
WELLS FARGO BANK, N.A.

    I, Jeff D. Friedman, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE MOTION TO DISMISS BRIEFING SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Margaret G. May has concurred in this filing.

**ORDER**

**IT IS SO ORDERED.**

DATED:   March 10  , 2009

_____
Hon. William H. Alsup

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]

STIPULATION RE MOTION TO DISMISS SCHEDULE      - 2 -
– 08-cv-5739 WHA
010080-12 290744 V2

# CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        /s/ Jeff D. Friedman
        JEFF D. FRIEDMAN

STIPULATION RE MOTION TO DISMISS SCHEDULE    - 3 -
– 08-cv-5739 WHA
010080-12 290744 V2

CAND-ECF	https://ecf.cand.uscourts.gov/cgi-bin/MailList.pl?958703312112697-L_4...

Case 1:09-cv-22156-DLG Document 24 Entered on FLSD Docket 09/10/2009 Page 5 of 5
Case 3:08-cv-05739-WHA Document 26 Filed 03/09/2009 Page 5 of 5

# Mailing Information for a Case 3:08-cv-05739-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,ari@hbsslaw.com,heatherw@hbsslaw.com,dawn@hbsslaw.com

- **Jeff D Friedman**
  ari@hbsslaw.com,steve@hbsslaw.com,jefff@hbsslaw.com,genessa@hbsslaw.com

- **David M. Jolley**
  djolley@cov.com,dgeneral@cov.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Margaret G. May**
  mmay@cov.com,bschmitt@cov.com,mcanalita@cov.com,ssassaman@cov.com

- **Sonya Diane Winner**
  winnersd@cov.com,jyim@cov.com,hsalazar@cov.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Ari Brown
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

Genessa Stout
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
```