IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA GUTIERREZ, et al.,

    Plaintiffs,

  v.

WELLS FARGO & COMPANY, et al.,

    Defendants.

No. C 07-05923 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

Pursuant to the parties' request, a case management conference is **SET** for **MAY 13, 2I009, AT 2:15 P.M.** in courtroom No. 9 at the federal courthouse, located at 450 Golden Gate Avenue, San Francisco.

**IT IS SO ORDERED.**

Dated:  May 12, 2009.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE