IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA MCMILLIAN, TERRY DAGENHART and KRISTY DAGENHART, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A.

    Defendant.

No. C 08-05739 WHA

**ORDER SETTING HEARING RE DISCOVERY MOTION FOR A PROTECTIVE ORDER**

    The Court is in receipt of defendant's motion for a protective order and hereby **SETS** a hearing for **WEDNESDAY, JULY 8, 2009, AT 9:00 A.M.** in Courtroom 9 in the federal courthouse, located at 450 Golden Gate Avenue, San Francisco, California. A response is due no later than noon on July 7, 2009.

    **IT IS SO ORDERED.**

Dated: June 29, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE